✎ AO 440 (Rev. 03/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____04/16/2008_____,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
   who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
   Toshia Lewis, Legislative Aide _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _70.00_____ for services, for a total of $ _70.00____ .

Date: _____04/16/2008_____

_Gary Hochman_ (signature)
Server's signature

**Gary Hochman, Process Server**
Printed name and title

_Lisa A. Weller_ (signature)
**LISA A. WELLER**
**Notary Public, State of New York**
**No. 01WE6135026**
**Qualified in Rockland County**
**Commission Expires Oct. 11, 2009**

33 James Street
New City, NY  10956
Server's address