UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

31 COMMERCE STREET, LLC,

                    Plaintiff,

    -against-

THE VILLAGE OF SPRING VALLEY, GEORGE
O. DARDEN, PHILIP ROSENTHAL, BETTIE
BROWN, DEMEZA DELHOMME, NORAMIE
JASMIN, Constituting the BOARD OF TRUSTEES
of the Village of Spring Valley,

                    Defendants.
------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No.
08 Civ. 3158 (CLB)

**PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendants, hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or service.

Dated: Mineola, New York
      May 8, 2008

                                      MIRANDA SOKOLOFF SAMBURSKY
                                      SLONE VERVENIOTIS, LLP
                                      Attorneys for Defendants

                                      By: _____
                                          BRIAN S. SOKOLOFF (bss-7147)
                                      240 Mineola Boulevard
                                      The Esposito Building
                                      Mineola, New York 11501
                                      (516) 741-7676
                                      Our File No. 08-226

TO:    PHILLIPS & MILLMAN
         Attorneys for Plaintiff
         50 Route 9W, Monte Plaza
         Stony Point, New York 10980