# MSSSV
## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN
ADAM I. KLEINBERG

———

TIMOTHY J. MURPHY
MARK R. OSHEROW*◊□
OF COUNSEL

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

**BRANCH OFFICES:**
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

JENNIFER E. SHERVEN
GABRIELLA CAMPIGLIA
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
DAMIAN F. FISCHER
MARIA THOMAS
NANCY R. SCHEMBRI°°
MICHAEL V. LONGO
MELISSA L. HOLTZER
MICHAEL P. SIRAVO
ARIEL S. ZITRIN
PATRICK J. MALONEY

\* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
°RESIDENT IN WESTCHESTER

**WRITER'S DIRECT DIAL:**
(516) 741-8383

**WRITER'S E-MAIL:**
BSokoloff@MSSSV.com

June 4, 2008

Hon. Charles L. Brieant
United States District Court
300 Quarropas Street
White Plains, New York 10601

        Re: 31 Commerce Street LLC v. The Village of Spring Valley, et al.
           Docket No. 08 Civ. 3158 (CLB)
           Our File No. 08-229

Dear Judge Brieant:

    I represent defendant in the above-referenced action but I write on behalf of both sides. On May 30, 2008, the parties appeared before you for an initial conference in this case, which involves Spring Valley's denial of plaintiff's application for a special permit for a bus storage yard. Your Honor suggested that the parties explore mediation.

    Mr. Phillips and I have consulted our clients and we are both prepared to try to resolve this matter through the Court's mediation program. Accordingly, we request that the Court refer this matter to the Mediation Program for the assignment of a mediator.

**MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP**

---

HON. CHARLES L. BRIEANT
JUNE 4, 2008
PAGE 2 OF 2

      Thank you for your consideration of this matter.

                    Very truly yours,

                    MIRANDA SOKOLOFF SAMBURSKY
                    SLONE VERVENIOTIS LLP

                    Brian S. Sokoloff

BSS/--
cc:    Frank J. Phillips, Esq.
       Phillips & Millman, LLP
       50 Route 9W, Monte Plaza
       Stony Point, New York 10980